# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:22-cv-00120-MR

| | |
|---|---|
| **RICARDO EDWIN LANIER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **C. WYCOFF, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court on the Plaintiff's pro se Letter [Doc. 14] that is construed as a Motion for Free Photocopies.

The incarcerated Plaintiff filed this action pursuant to 42 U.S.C. § 1983, addressing incidents that allegedly occurred at the Henderson County Detention Center. [Doc. 1]. Presently before the Court is a Letter [Doc. 14] that references the instant case number as well as the number in another pending action in this Court, Case No. 1:22-cv-00078-MR. The Plaintiff appears to request free photocopies of various documents from both cases.

A litigant is ordinarily required to pay his own litigation expenses, even if he is indigent. See United States v. MacCollom, 426 U.S. 317, 321 (1976) ("The established rule is that the expenditure of public funds is proper only when authorized by Congress...."). The Court declines to provide the

Plaintiff with free copies of pleadings in either of his cases. The Plaintiff may, however, pay for the copies he seeks at the standard rate of $.50 per page. See https://www.ncwd.uscourts.gov/court-fees. The Court will, however, instruct the Clerk to provide the Plaintiff with a copy of the current docket sheet in the present case as a courtesy.

The Plaintiff is cautioned that the Court will not respond to any further letters or other miscellaneous filings in this case; only motions will be ruled on by the Court. [See Doc. 3: Order of Instructions at ¶ 5]. Further, the Clerk will not docket any future filings that include more than one case number. [See generally Id. at ¶ 4 (requiring the Plaintiff to include "the case number" at the top of the first page; cautioning him that "[o]nly documents properly filed with the Clerk of Court will be docketed in this case")].

**IT IS, THEREFORE, ORDERED** that the Plaintiff's pro se Letter [Doc. 14] is construed as a Motion for Free Photocopies and is **DENIED**.

The Clerk is respectfully instructed to mail the Plaintiff a copy of the docket sheet along with this Order.

**IT IS SO ORDERED.**

Signed: August 16, 2022

Martin Reidinger
Chief United States District Judge