# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:22-cv-00120-MR

| | |
|---|---|
| RICARDO EDWIN LANIER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| C. WYCOFF, et al., | )  **ORDER** |
| Defendants. | ) ) ) |

**THIS MATTER** is before the Court on the Plaintiff's pro se Letters [Docs. 16, 18].

The incarcerated Plaintiff filed this action pursuant to 42 U.S.C. § 1983, addressing incidents that allegedly occurred at the Henderson County Detention Center. [Doc. 1]. Presently before the Court is a Letter in which the Plaintiff appears to seek free photocopies [Doc. 16]; and a Letter that includes the instant case number as well as the number in another pending action in this Court, Case No. 1:22-cv-00078-MR, and seeks photocopies of various documents from both cases [Doc. 18].

The Plaintiff has been previously informed that the Court will not provide him with free photocopies, that it will not respond to any further letters or other miscellaneous filings, and that it will not docket any future filings that

include or relate to more than one case. [See Doc. 15]. Accordingly, the Plaintiff's requests for photocopies are denied, and the Letter addressing two case numbers will be stricken.

**The Plaintiff is strongly encouraged to read the Order of Instructions and to familiarize himself with the Federal Rules of Civil Procedure and the Local Rules of this Court before filing any more pleadings or other documents with the Court. Other future improper filings may be stricken. Moreover, should the Plaintiff persist in inundating the Court with improper and unnecessary filings in direct contravention of the Court's Orders, he will be subject to sanctions, which may include dismissal of this action.**

## ORDER

**IT IS, THEREFORE, ORDERED** that the Letters [Docs. 16, 18] are **DENIED** to the extent that they seek relief from the Court.

**IT IS FURTHER ORDERED** that Docket No. 18 is **STRICKEN** from the record in this matter.

**IT IS FURTHER ORDERED** that any documents the Plaintiff files in this matter referencing multiple case numbers will be **DOCKETED** "Court Only" for record-keeping purposes and the original document shall be returned to the Plaintiff.

2

Case 1:22-cv-00120-MR   Document 20   Filed 09/27/22   Page 2 of 3

The Clerk is respectfully instructed to mail the Plaintiff a copy of the docket sheet and this Order.

**IT IS SO ORDERED.**

Signed: September 26, 2022

Martin Reidinger
Chief United States District Judge