# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Ricardo Edwin Lanier, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(, | ) | 1:22-cv-00120-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Caleb Wycoff, et al., | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 7, 2023 Order.

November 7, 2023

Katherine Hord Simon, Clerk
United States District Court